**RECEIVED**

DEC 2 8 2017

U.S. District Court
Eastern District of MO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
### EASTERN __ DIVISION

KENNETH A. GONTARZ )
)
_____ )
)
_____ )
(Enter above the full name of the Plaintiff[s] )
in this action.) )
)
)
)
- vs - )
)   Case No. 4:17-CV-2946
IBM EMPLOYEE SERVICE )   (To be assigned by Clerk
)   of District Court)
CENTER : PLAN ADMINISTRATOR )
)
HEIDI KAUFMAN )   JURY TRIAL DEMANDED
)
_____ )
)
_____ )
(Enter above the full name of ALL Defend- )
ant[s] in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of all the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

## COMPLAINT

I.    State the grounds for filing this case is Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

IBM's Benefits Coordinators, along with its Benefits Providers at Fidelity and IBM Tower Watson (One Exchange) were either unfamiliar, unknowing of, unaware of, untrained on the subject of SUPPIMENTAL vs SECONDARY insurance. This resulted in IBM selling me a useless medical insurance policy that provided no financial (reimbursement) benefit and harmed me to the cost of ~$3,200.

II.   Plaintiff, KENNETH A. GONTARZ resides at

525 LEXINGTON LANDING DRIVE, ST. CHARLES, ST. CHARLES,

street address                                    city              county

MO, 63303, 636 373-4186

state        zip code        telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

HEIDI KAUFMAN, PLAN ADMINISTRATOR
IBM SERVICE EMPLOYEE CENTER

III.   Defendant, _____ lives at, or its business is located at

P.O. BOX 770003, CINCINATI, _____,

street address                                    city              county

OHIO, 45277, 914 765-4605

state        zip code        PHONE #:

(if more than one defendant, provide the same information for each defendant below)

2

IV.     Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons

**Statement of Claim:**

**Note:** This case was originally filed in St. Charles County Small Claims Court 12/21/2017 an was dismissed because the court stated, 'it was too complex involving ERISA law'.

- July – August 2016: Informed IBM (my manager) I would be RETIRING Sept 30, 2016 (Birthday, Sept 26 – AGE: 65).

- July – August 2016: Worked with IBM's ESC (Employee Service Center) and *with my RBC* (IBM's assigned Retirement Benefits Coordinator) to insure extensive separation REIRERMENT details were meticulously followed (Pension, 401K, Vacation Day accrual, Medicare, Healthcare, etc).

- August 2016:  IBM asks if I would finish out the year until December 2017 since a couple of large potential sales in my accounts were pending and IBM's Sale Organization was looking at making  significant changes in 2017 (HW to Cloud and Analytics).  I accepted!

- September 6, 2016 IBM offers me an RA (Resources Action) 'package' in order to maintain account coverage of my accounts thru Dec 5, 2016.

- Sept 2016 – Dec 31, 2016:  IBM CONTINUES to provide me medical, drug, dental, vision benefits as my PRIMARY insurer THRU DEC 31, 2016.  Medicare on Sept 1, 2016 became my SECONDARY medical insurer UNTIL DEC 31, 2016.  I was a FULL TIME IBM *EMPLOYEE* until December 31, 2017.

- Sept 2016 – October 2016: In coordination with Willis Towers Watson  – One Exchange (an IBM funded Benefits Administrator and advisor), I finalized and submitted applications for and PURCHASED all SUPPLIMENTAL insurance choices (Medical, Drugs, Dental, Vision) getting ready to transition to Medicare (ie:  my PRIMARY medical insurer beginning January 1, 2017).

- October 2016 – Dec 2016:  After working with One Exchange, IBM's Employee Service Center, and Fidelity (IBM's Insurance Administrator) and seeing that the insurance being offered and provided by IBM's TMP (Transitional Medical Plan)/COBRA) insurance  as part of my Resource Action package had a less expensive monthly premium (~$100/month) than the previously purchased SUPPLIMENTAL packages , I CANCELLED all those SUPPLIMENTAL insurances  and would continue purchasing and be covered by the IBM insurance now via TMP/COBRA for 2017.

3

- Statement of Claim (Continued):

- Jan 2017 – May 2017: I sustained 4 separate Medical events during this timeframe requiring Urgent Care attention.

- Jan 2017 – May 2017: During this time, I incurred ~$2,700 of Out-Of-Pocket expenses due to the above 4 mentioned incidences. As I received the monthly Explanation of Benefits statements from Anthem BCBS (IBM's TMP/COBRA insurer), I observed that they were providing NO financial coverage or reimbursement for the costs not covered by Medicare. Anthem BCBS stated they are NOT a SUPPLIMENTAL insurer and thus NOT responsible for paying any of the remaining 20% not covered by Medicare. WHY DID IBM SELL ME INSURANCE WHICH PROVIDED NO FINANCIAL REIMBURSEMEMTN BENEFIT? WHY DIDN'T THE ESC, FIDELITY, AND ONE EXCHANGE LET ME KNOW OF THIS LIABILITY?

- May 2017: Upon realizing this situation, I IMMEDIATELY cancelled my IBM TMP/COBRA 'insurance' and re-purchased the SAME SUPPLIMENTAL insurances originally purchased with the help of One Exchange during Sept 2016 – October 2016 timeframe.

- June 2, 2016: Heidi Kaufman, IBM Plan Administrator, is sent a letter asking for reimbursement of the Jan 2016 – May 2016 insurance premiums paid and the out-of-pocket expenses incurred.

- June 15, 2017: Response letter received from Ms. Kaufman. Request denied

- July 6, 2017: Small Claims Suit filed at St. Charles County Court.

- November 6, 2017: IBM attorney Eric Aderman calls to offer me reimburse ONLY for the Jan. 2017 – May 2017 insurance premiums that I paid IBM. I asked him, 'What about the $2,000 of out-of-pocket expenses?' His response, 'We don't have sufficient funds in our budget.' I DENIED the offer.

- December 21, 2017: Above case dismissed. Court advises to re-file in Federal Court.

- December 21, 2017: Attorney Daniel O'Donnell (Entry of Appearance for IBM) confirms IBM offered to reimburse me for monthly premiums ONLY and NOT also for out-of-pocket expenses.

V.    Relief: State briefly and exactly what you want the Court to do for you.

PLEASE CONSIDER WAIVING THE $400 FILING FEE SINCE I AM A RECENT RETIREE LIVING ON SOCIAL SECURITY.

THANK YOU

VI.    **MONEY DAMAGES:**

A)    Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES ☐                    NO ☐              ☑ TBD
                                              EVALUATING

B)    If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

VII.    Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES ☐                    NO ☐              ☐ ?

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28 day of DECEMBER, 2017

_____
Ken Jurton

_____
Signature of Plaintiff(s)

4